UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MORGAN COYNE,<br><br>                Plaintiff,<br><br>vs.<br><br>US DEPARTMENT OF<br>   EDUCATION ET AL,<br><br>                Defendants. | Case No. CV-23-066-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED Plaintiff's Complaint is DISMISSED WITH PREJUDICE for failure to state a claim on which relief may be granted.

      Dated this 23rd day of October, 2023.

                                                  TYLER P. GILMAN, CLERK

                                                  By: /s/ Annie Puhrmann
                                                  Annie Puhrmann, Deputy Clerk